**Order entered April 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01333-CV

**ROUGH CREEK MANAGEMENT, LLC, ET AL., Appellants**

**V.**

**DONNA WEISS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-05554**

## ORDER

The Court has before it appellee's April 3, 2013 motion for extension of time to file brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by May 8, 2013. No further extensions will be granted absent a showing of exceptional circumstances.


/s/     ELIZABETH LANG-MIERS
           JUSTICE